IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00081-WDM-MEH

DAVID E.BIRDSALL,

    Plaintiff,

v.

JESSIA LEE,
OFFICER BOWLAND,
HANNA DAVIS, and
JUSTIN RYAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

MAR 11 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 3/6/08

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00081-WDM-MEH

David E. Birdsall
Prisoner No. 43148
1642 Pearl Street
Denver, CO 80218

Jessia Lee, and Officer Bowland - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Hanna Davis, and Justin Ryan

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes W. Zavaras, Michael Arellano, Beth Klingensmith, Robert Chapman, Jessia Lee, and Officer Bowland ; to the United States Marshal for service of process on Hanna Davis, and Justin Ryan; and to John Suthers; AMENDED COMPLAINT FILED 2/11/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/11/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk