IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00081-WDM-MEH

DAVID E. BIRDSALL,

      Plaintiff,

v.

JESSIA LEE,
BOWEN,
HANNA DAVIS, and
JUSTIN RYAN,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 16, 2008.**

Defendants' Unopposed Motion to Stay Proceedings [Filed June 13, 2008; Docket #42] is **granted**. The state Defendants have raised the defense of qualified immunity in response to Plaintiff's claims and have filed a Motion to Dismiss based on the same defense. The United States Supreme Court has reiterated that, because qualified immunity is not simply immunity from liability but also immunity from suit, discovery cannot proceed until the question of immunity is resolved. *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) ("Until this threshold immunity question is resolved, discovery should not be allowed"). Thus, discovery must be stayed pending the resolution of the state Defendants' Motion to Dismiss, and as a matter of judicial economy, should be stayed as to all Defendants pending the resolution of both Motions to Dismiss.

Accordingly, discovery in this case is hereby **stayed**. The Court will reset the discovery deadlines, if necessary, after the resolution of Defendants' Motions to Dismiss.